UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHARON ANNE ORTEGA, | ) |
|       Plaintiff, | ) |
| v. | ) No. 1:22-cv-01103-SEB-TAB |
| SPEEDWAY LLC, | ) |
|       Defendant. | ) |

**REPORT AND RECOMMENDATION**

This complaint in this matter was filed on May 27, 2022. Pursuant to Fed. R. Civ. P. 4(m), Plaintiff had 90 days to effect service. On September 7, 2022, the Court issued an order to the Plaintiff to show cause by September 30, 2022, why this matter should not be dismissed for failure to prosecute. [Filing No. 3.] On September 30, 2022, Plaintiff filed a submission to the EEOC. [Filing No. 4.] The Court did not accept Filing No. 4 as a response to its show cause order as the "filing provides no information regarding the status of service of process on Defendant or any attempt Plaintiff may have made to effect service." However, the Court gave Plaintiff until October 26, 2022, to show cause why this matter should not be dismissed for failure to prosecute. [Filing No. 5.]

As of this date, the docket does not reflect that Plaintiff has effected service of process on the Defendant or that he has not responded to the Court's October 12, 2022, show cause order. [Filing No. 5.] Therefore, the magistrate judge recommends the district judge dismiss this case without prejudice for failure to effect

Date: 11/8/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

SHARON ANNE ORTEGA
3790 W. 380 S.
New Palestine, IN 46163