UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHARON ANNE ORTEGA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:22-cv-01103-SEB-TAB |
| SPEEDWAY LLC, | ) ) ) |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted her Report and Recommendation to Dismiss Complaint with Prejudice [Dkt. 6]. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation. This case is therefore hereby dismissed with prejudice and final judgment shall be entered accordingly.

Date: 11/30/2022

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

SHARON ANNE ORTEGA
3790 W. 380 S.
New Palestine, IN 46163